IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STEPHEN P. ALMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV811 |
| | ) | |
| CARDINAL LOGISTICS | ) | |
| MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | | |

## JUDGMENT ON JURY VERDICT

This action was tried by a jury with the undersigned presiding, and the jury has rendered a verdict in favor of Defendant, Cardinal Logistics Management Corporation.

IT IS THEREFORE ORDERED AND ADJUDGED that Judgment is entered in accordance with the verdict in favor of Defendant, Cardinal Logistics Management Corporation.

This the 24th day of June, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge